PAUL, HASTINGS, JANOFSKY & WALKER LLP
Robert L. Sherman (RS 5520)
Margarita Bejerano (MB 5497)
Lisa Willis (LW 5704)
75 East 55th Street
New York, NY 10022
(212) 318-6000




Attorneys for Plaintiffs L'Oréal USA Creative, Inc. and L'Oréal USA, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L'ORÉAL USA CREATIVE, INC and L'ORÉAL USA, INC.,

           Plaintiffs,

v.

ZOTOS INTERNATIONAL, INC,

           Defendant.



**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for L'ORÉAL USA CREATIVE, INC and L'ORÉAL USA, INC., (private non-governmental parties) certify that the following is a corporate parent which is publicly held:

    L'ORÉAL S.A., a French Société Anonyme

Dated: New York, New York
       April 18, 2008

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _/s/ Robert L. Sherman_
Robert L. Sherman (RS 5520)
Margarita Bejerano (MB 5497)
Lisa Willis (LW 5704)
75 E. 55th Street
New York, NY 10022
Telephone: 212-318-6000

Attorneys for Plaintiffs L'Oréal USA Creative, Inc. and L'Oréal USA, Inc.

LEGAL_US_E # 78863771.1