# Paul Hastings

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 7/15/08

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(212) 318-6037
robertsherman@paulhastings.com

*[handwritten annotation: Denied for failure to follow indiv. R. 1.D. 7-15-08  AKH 7/15/08]*

29172.00135

July 14, 2008

**VIA FAX (212-805-7942)**

Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    L'Oreal USA Creative, Inc. and L'Oreal USA, Inc. v. Zotos International, Inc.
           (08 Civ. 3727) (AKH)

Dear Judge Hellerstein:

We write as attorneys for plaintiffs in the above-referenced action to request a 30-day adjournment of the initial conference scheduled for Friday, July 18, 2008, at 9:30 a.m. On July 11, 20087, the undersigned had called Chambers from a hearing in San Francisco and was asked to submit this letter today. No previous request for adjournment has been made.

This matter concerns trade dress infringement of plaintiff's distinctive bottle design. After commencing the action, the parties immediately engaged in settlement discussions. Service has not been effected.

We are in the process of attempting to resolve the matter without the need for the Court's further involvement. Additional time would allow us to continue those efforts.

We look forward to the court's favorable consideration.

Very truly yours,

*/s/ Robert L. Sherman*

Robert L. Sherman
of PAUL, HASTINGS, JANOFSKY & WALKER LLP
RLS/lr

LEGAL_US_E # 80175453.1