**Paul Hastings**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(212) 318-6037
robertsherman@paulhastings.com

July 17, 2008



29172.00135

RECEIVED
JUL 17 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

**VIA FAX (212-805-7942)**

Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   L'Oreal USA Creative, Inc. and L'Oreal USA, Inc. v. Zotos International, Inc.
      (08 Civ. 3727) (AKH)

Dear Judge Hellerstein:

We represent the plaintiffs in the above-referenced action. This is a follow-up to our letter dated July 14, 2008 regarding a 30-day adjournment of the initial conference scheduled for Friday, July 18, 2008, at 9:30 a.m. At the outset, the undersigned apologizes for any lack of clarity in our July 14 letter. That request was denied for failure to follow Rule 1D. No previous request for adjournment had been made prior to July 14.

Because service has not yet been effected, the defendant has not answered and there has not been a formal appearance by any attorneys on behalf of the defendant. No other dates have been scheduled by the Court.

We ask the Court to confirm the postponement of the initial conference.

Respectfully submitted,

*Robert L. Sherman*

Robert L. Sherman
of PAUL, HASTINGS, JANOFSKY & WALKER LLP
RLS/lr

*[Handwritten: The conf is adjourned to Aug 15, 2008, 9:30 am
7-18-08
AKH]*

LEGAL_US_E # 80219936.1