# Paul Hastings



Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(212) 318-6037
robertsherman@paulhastings.com

August 5, 2008

*So ordered 8-6-08*
*[signature]*

29172.00135

**VIA FAX (212-805-7942)**

Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   L'Oreal USA Creative, Inc. and L'Oreal USA, Inc. v. Zotos International, Inc.
      (08 Civ. 3727) (AKH)

Dear Judge Hellerstein:

We represent the plaintiffs in the above-referenced action. The complaint for trade dress infringement and related claims was filed on April 18, 2008; however, because the parties immediately engaged in settlement discussions, formal service was not effected. As a result, the defendant has not served its answer and there has been no formal appearance on behalf of the defendant.

The Court originally scheduled an initial conference for July 18, 2008. Upon request of the undersigned, the Court adjourned the initial conference to August 15, 2008. The parties continue to engage in settlement discussions which they believe have the potential for being successful. To allow the parties sufficient time to continue those negotiations and, if successful, to prepare the necessary documents finally to resolve the matter, it is requested that the initial conference be adjourned to Friday, September 26, 2008. *@ 9:30* Although opposing counsel has not formally appeared, he agrees with this request. There are no other dates previously scheduled by the Court.

We ask the Court for its favorable consideration.

Respectfully submitted,

*[signature]*

Robert L. Sherman
of PAUL, HASTINGS, JANOFSKY & WALKER LLP
RLS/lr
cc:   Garrett Leach, Esq. (Via Fax 312-861-2200)

LEGAL_US_E # 80439209.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/08